UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATHANASIOS LAINAS, *on behalf of themselves and all other persons similarly situated*,

                Plaintiff,

-against-

SIROB IMPORTS, INC., and NIKOLAOS BOBORIS,

                Defendants.

Case No. 1:22-cv-00369

**OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE BY DEFENDANTS SIROB IMPORTS, INC., and NIKOLAOS BOBORIS**

TO:    Attn: Clifford Tucker, Esq.
          Sacco & Fillas, LLP
          31-19 Newtown Avenue, Seventh Floor
          Astoria, New York 11102
          Tel: 718-269-2243
          Email: CTucker@SaccoFillas.com
          *Attorneys for Plaintiff*

       PLEASE TAKE NOTICE that Defendants SIROB IMPORTS, INC., and NIKOLAOS BOBORIS hereby offers to allow entry of judgment to be taken against them, in the above-captioned action pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a Judgment in favor of Plaintiff ATHANASIOS LAINAS and against SIROB IMPORTS, INC., and NIKOLAOS BOBORIS, in the amount of $45,000 (forty-five thousand dollars and zero cents exactly), jointly and severally, which sum shall include all costs accrued to the date of this offer, with the result that the total judgment amount that Defendants SIROB IMPORTS, INC., and NIKOLAOS BOBORIS shall be obligated to pay shall be $45,000, inclusive of costs and attorney's fees.

       The Judgment entered pursuant to this offer shall fully and completely terminate all claims that the Plaintiff has against SIROB IMPORTS, INC., and NIKOLAOS BOBORIS and shall have claim preclusive effects as among Plaintiff and SIROB IMPORTS, INC., and NIKOLAOS

1

BOBORIS. For the avoidance of any doubt, any Judgment entered pursuant to this offer shall satisfy, settle, resolve, and eliminate any causes of action or claims by Plaintiff against SIROB IMPORTS, INC., and NIKOLAOS BOBORIS, and/or any of his attorneys, agents, and assigns arising out of the transactions, occurrences, and operative facts relating to the action, including without limitation all claims for relief and causes of action that were sought or could have been sought at any point in the above captioned action, whether or not such causes of action or claims are asserted, known, or suspected by Plaintiff.

If Plaintiff does not accept this offer, Plaintiff may become obligated to pay SIROB IMPORTS, INC., and NIKOLAOS BOBORIS his costs incurred after the making of this offer if Plaintiff does not recover a judgment against SIROB IMPORTS, INC., and NIKOLAOS BOBORIS that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

This offer shall not be filed with the Court unless it is: (a) accepted or (b) filed in a proceeding to determine costs and and/or attorneys' fees.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made. If Plaintiff does not accept this offer in writing within fourteen (14) days of service of this offer, it will be deemed withdrawn.

This offer is not to be construed in any way as an admission of liability by SIROB IMPORTS, INC., and NIKOLAOS BOBORIS, but rather is made solely for the purpose of compromising a disputed claim.

Dated: _4/28/22_     The Law Office of Bret L. McCabe

By *Bret McCabe*
Bret L McCabe, Esq.
7 Copperfield Ln
Old Brookville, NY 11545
M: (718) 213-0123

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATHANASIOS LAINAS, *on behalf of themselves and all other persons similarly situated*,

        Plaintiff,

-against-

SIROB IMPORTS, INC., and NIKOLAOS BOBORIS,

        Defendants.

Case No. 1:22-cv-00369

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    Bret L McCabe, Esq.
        The Law Office of Bret L. McCabe
        7 Copperfield Ln
        Old Brookville, NY 11545
        M: (718) 213-0123
        *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff accepts the offer of judgment of Defendants dated 4/28/22 to allow judgment to be taken against Defendants SIROB IMPORTS, INC., and NIKOLAOS BOBORIS by Plaintiff in the above action for $45,000.00.

Dated: April 28, 2022

Sacco & Fillas, LLP

By: _____
Clifford Tucker, Esq.
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
Tel: 718-269-2243
Email: CTucker@SaccoFillas.com
Attorneys for Plaintiff